UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | Criminal Action No. 5: 16-097-DCR |
| ) | and |
| V. ) | Civil Action No. 5: 19-244-DCR |
| ) | |
| ARIAN LAMONT BROWN, ) | **JUDGMENT** |
| ) | |
| Defendant/Movant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered on this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the United State with respect to all issues raised in this habeas proceeding.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

Dated: October 2, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky